## BUTLER v. STEWART

No. 550P85.

Case below: 76 N.C. App. 345.

Petition by defendant and third-party plaintiff for discretionary review under G.S. 7A-31 denied 1 October 1985.

## CAMP v. CAMP

No. 464P85.

Case below: 75 N.C. App. 498.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 October 1985.

## CARPENTER v. HERTZ CORP.

No. 481P85.

Case below: 75 N.C. App. 511.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 October 1985.

## CASTEEN v. DE NEMOURS & CO.

No. 523P85.

Case below: 75 N.C. App. 511.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1985.

## CRAVEN COUNTY HOSP. CORP. v. LENOIR COUNTY

No. 455P85.

Case below: 75 N.C. App. 453.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985.